## IN RE: MVT SERVICES, L.L.C., Relator.

### No. 08–15–00175–CV

Court of Appeals of Texas, El Paso.

June 5, 2015

James F. Scherr, for Vivian Parada, Vivian Victoria Parada, Lawrence Parada, Jr., and Estela Ruelas and Casimiro Parada as Parents of Lawrence Parada, Sr., Deceased.

Francisco X. Dominguez, pro se.

Richard P. Hogan Jr., for In Re: MVT Services, L.L.C.

Before McClure, C. J., Rodriguez, and Hughes, JJ.

### *OPINION*

ANN CRAWFORD McCLURE, Chief Justice

Relator, MVT Services, L.L.C., has filed a petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso County, Texas, challenging an order denying Relator's motion for continuance and Respondent's purported refusal to rule on a plea to the jurisdiction. Relator has also filed a motion requesting a stay of the trial set for June 8, 2015. We deny the relief sought in the emergency motion and the mandamus petition.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex.2004). Sec-

ond, the relator must demonstrate that there is no adequate remedy by appeal. *Id.* at 136. Based on the record before us, we conclude that Relator has failed to establish it is entitled to mandamus relief. Accordingly, we deny Relator's emergency motion for stay and the petition for writ of mandamus.

(Hughes, J., not participating)